Receipt #1109140
2-28-11  MD
$.29

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re:  (Case Name) Daniel P. Schwartz /Case # 08-10958
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ .29 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

✓ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant American Express  Amount $ .29  Claims Register # 4

Claimant _____  Amount $ _____  Claims Register # _____

Claimant _____  Amount $ _____  Claims Register # _____

Claimant _____  Amount $ _____  Claims Register # _____

*/s/ Todd*
Trustee Name

FILED
FEB 28 2011
BANKRUPTCY COURT
BUFFALO, NY